**COM.**

v.

**RICHARDSON, T.**

**3430 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0412141–1984 (Philadelphia)

Affirmed

**COM.**

v.

**LIEBEL, J.**

**3454 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

Reargument Denied 7/19/2017

CP–09–CR–0002466–1997
(Bucks)

Affirmed

**COM.**

v.

**MCGINLEY, D.**

**1940 MDA 2016**

Superior Court of Pennsylvania.

06/06/2017

Reargument Denied 8/24/2017

CP–22–CR–0001634–1994
(Dauphin)

Affirmed

**COM.**

v.

**MALDONADO–RIVERA, V.**

**2050 MDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–06–CR–0000088–2006
(Berks)

Affirmed